# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

IN RE:                                                                                          CHAPTER 13

**DOROTHY JEAN WASHINGTON**                                           CASE NO. 09-50289-NPO

## OBJECTION TO SECURED AND OTHER CLAIM(S)

COMES NOW, Debtor, by and through counsel, and files this Objection to the following pre-petition secured claim and requests the Court to set the value for the purpose of plan confirmation, and in support thereof would respectfully show:

1.

Vanderbilt Mortgage submitted a Proof of Claim on the above matter on February 25, 2009.  (Dkt #2, Claims Register).  Vanderbilt Mortgage alleges that Debtor owes $8,243.22 in pre-petition arrearage.  The Proof of Claim contains incorrect calculations of the Debtor's arrearage.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that Creditor's lien will be extinguished.

Respectfully submitted, this the 23rd day of August, 2009.

/s/ Tracy S. Steen
TRACY S. STEEN (MSB #99954)

**STEEN & BEAVER, PLLC**
544-A Keyway Drive
P.O. Box 321257
Flowood, MS  39232-1257
Telephone:    (601) 664-2446
Facsimile:     (601) 664-2440
Email:         tsteen@steenbeaver.com
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I, Tracy S. Steen, do hereby certify I have this date electronically filed the foregoing with the Clerk of the Court using the ECF system and sent notification of such filing to the Chapter 13 Trustee, U.S. Trustee, Vanderbilt Mortgage, Attn: Bankruptcy Dept., P.O. Box 9800, Maryville, Tennessee  37802-9800.

This the 23rd day of August, 2009.

/s/ Tracy S. Steen
**TRACY S. STEEN**