United States Bankruptcy Court
Southern District Of Mississippi

In re:   DOROTHY JEAN WASHINGTON                                                        Case No. 09–50289–NPO

　　　　Debtor                                                                                                                    Chapter 13

# NOTICE OF OBJECTION TO CLAIM

　　Tracy S Steen, Esq. has filed an objection to your claim ( Vanderbilt Mortgage (Claim #2) ) (Dkt. #55) in this bankruptcy case.

　　Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

　　If you do not want the Court to eliminate or change your claim, then on or before September 22, 2009 (Response Due Date) you or your lawyer must:

1.　　File with the Court a written response to the objection, explaining your position. Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Non–registered users should file any response at:

　　　　U. S. Bankruptcy Court
　　　　Dan M. Russell, Jr. U.S. Courthouse
　　　　2012 15th Street, Suite 244
　　　　Gulfport, MS 39501

　　　　If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

　　　　You must also mail a copy to:

　　　　Tracy S. Steen, Esq.
　　　　P O Box 321257
　　　　Flowood, MS 39232–1257

2.　　Attend the evidentiary hearing on the objection, scheduled to be held on October 26, 2009, at 10:00 AM, in the Courtroom, United States Bankruptcy Court, 100 East Capitol Street, Room 170, Jackson, Mississippi. Testimony will be taken. Witnesses must appear.

　　If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim. If no response is filed, the Court may consider said objection immediately after the Response Due Date.

Date: August 27, 2009                                                          Danny L. Miller, Clerk
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U. S. Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Dan M. Russell, Jr. U.S. Courthouse
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2012 15th Street, Suite 244
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gulfport, MS 39501

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　228−563−1790

hn003npo